IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HOWARD COHAN, | ) INJUNCTIVE RELIEF SOUGHT |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO.: 22-cv-02774 |
| | ) |
| LF3 NORTHBROOK TRS, LLC, d/b/a | ) Judge Manish S. Shah |
| SHERATON CHICAGO NORTHBROOK | ) |
| HOTEL PLACE, | ) Magistrate Judge Sheila M. Finnegan |
| | ) |
| Defendant. | ) |

## STIPULATION TO VOLUNTARY DISMISSAL PURSUANT TO FED.R.CIV.P. 41(a)(1)(A)(ii)

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), the Plaintiff, Howard Cohan and the LF3 NORTHBROOK TRS, LLC, d/b/a SHERATON CHICAGO NORTHBROOK HOTEL PLACE, through their respective attorneys of record, hereby stipulate and agree to the voluntary dismissal of this action, with prejudice, each party to bear their own costs, including attorneys' fees, as all matters in controversy have been fully resolved.

| HOWARD COHAN | LF3 NORTHBROOK TRS, LLC |
|---|---|
| By: /s/ *Marshall J. Burt* | By: /s/ *Mark A. Gilchrist* |
| Marshall J. Burt, Esq. | Mark A. Gilchrist |
| The Burt Law Group, Ltd. | Meredith R. Beidler |
| 77 W. Washington, Ste 1300 | SMITH HAUGHEY RICE & ROEGGE |
| Chicago, IL 60602 | 100 Monroe Center NW |
| 312-419-1999 | Grand Rapids, MI 49503 |
| Marshall@mjburtlaw.com | 616.458.1477 |
| | mgilchrist@shrr.com |
| | Kirsten.Milton@jacksonlewis.com |